No. 69623.—Magnesium Elektron, Inc. *v.* United States, protests 64/6487, etc. (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of magnesium alloys similar in all material respects to those the subject of *Magnesium Elektron, Inc.* v. *United States* (50 Cust. Ct. 71, C.D. 2391), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 24, 1965

No. 69624.—Bailey-Mora Company, Inc. *v.* United States, protests 59/31685, etc. (El Paso).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of finger jointed molding similar in all material respects to that the subject of *Best Moulding Corporation* v. *United States* (*Brown, Alcantar & Brown, Inc., Party in Interest*) (51 CCPA 7, C.A.D. 829), the claim of the plaintiff was sustained.

No. 69625.—Weather-Rite Sportswear Co., Inc. *v.* United States, protests 63/5557–16659, etc. (New Orleans).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA —, C.A.D. 848), the claim of the plaintiff was sustained.